JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUET BING ICE LEE, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>MERCEDES-BENZ USA, LLC, a<br>Delaware Limited Liability Company, and<br>DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 2:24-cv-09896-PA-PVC<br><br>ORDER ON STIPULATION TO<br>REMAND CASE TO STATE<br>COURT<br><br>Judge: Hon. Percy Anderson |

   Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

   IT IS SO ORDERED.

   DATED:  December 3, 2024

                 Percy Anderson
              United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**